LAW OFFICES OF MICHAEL TRACY
Michael L. Tracy, Esq., SBN 237779
mtracy@michaeltracylaw.com
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone:       (949) 260-9171
Facsimile:        (866) 365-3051

Attorneys for Plaintiff
SCOTT CHRISTIAN

SEYFARTH SHAW LLP
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
Michael G. Cross (SBN 268999)
mcross@seyfarth.com
Enedina S. Cardenas (SBN 276856)
ecardenas@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:       (916) 448-0159
Facsimile:        (916) 558-4839

SEYFARTH SHAW LLP
Francis J. Ortman, III (SBN 213202)
fortman@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:       (415) 397-2823
Facsimile:        (415) 397-8549

Attorneys for Defendant
FURMANITE AMERICA, INCORPORATED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT CHRISTIAN, An Individual, on behalf of himself and all others similarly situated;<br><br>            Plaintiff,<br><br>     v.<br><br>FURMANITE AMERICA, INCORPORATED, A VIRGINIA CORPORATION;<br><br>            Defendant. | Case No. 2:15-cv-00946-TLN-AC<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER**<br><br>Date Filed: 4/30/15<br>Trial Date: None |

Plaintiff, SCOTT CHRISTIAN, and Defendant FURMANITE AMERICA, INCORPORATED stipulate to the following:

1. Plaintiff commenced this lawsuit on April 30, 2015.

2. This Court ordered that any amendment to pleadings requires leave of Court, good cause, having been shown.  (Pretrial Scheduling Order, Document #10, Filed 7/19/15).

3. Good causes exists to file this amendment because Plaintiff is removing claims that are not valid.  Plaintiff's counsel has investigated the claims and is removing claims which cannot be pursued in good faith.   The removal of the claims from the formal pleading will clarify the allegations and allow the parties to focus their discovery on relevant issues.

4. Plaintiff has not previously filed an amended pleading.

5. Attached to this Stipulation is a copy of the proposed First Amended Complaint.

6. Plaintiff wishes to amend his complaint to clarify and narrow the allegations contained in the Complaint.  Specifically, Plaintiff has dismissed his original First Cause of Action for failure to pay overtime compensation under California Industrial Welfare Commission Orders and California Labor Code, Third Cause of Action for failure to itemize wage statements under Labor Code § 226, and his Fifth Cause of Action for overtime pay and liquidated damages under 29 U.S.C. § 207 and § 216.  The remaining three causes of action in the attached first amended complaint are:

| First Cause of Action | Failure to Provide Adequate Meal and Rest Periods under California Industrial Welfare Commission Orders and California Labor Code Section 512 |
|---|---|
| Second Cause of Action | Waiting Time Penalties Under Labor Code Section 203 |
| Third Cause of Action | Violations of California Business and Professions Code Section 17200 |

7. Defendant wishes to avoid the time and expense of requiring Plaintiff to file a motion for leave to file an amended complaint and stipulates that it will not oppose Plaintiff's request for leave to file a First Amended Complaint.  However, Defendant reserves all rights and defenses to file the appropriate response to the First Amended Complaint.

8. The parties agree that any discovery related to the claims being dismissed will be stayed pending the Court approving the amendment.  The parties will meet and confer on the appropriate discovery to be withdrawn if this Court approves the amendment.

9. The parties have agreed that Defendant will have 21 days from the filing of the First Amended Complaint to file a responsive pleading.

DATED: September 3, 2015                              Respectfully submitted,

                                                             LAW OFFICES OF MICHAEL TRACY

                                                             By:   /s/ Michael Tracy
                                                                 Michael Tracy

                                                            Attorneys for Plaintiff
                                                            SCOTT CHRISTIAN

DATED: September 3, 2015                              Respectfully submitted,

                                                             SEYFARTH SHAW LLP

                                                           By:   /s/ James D. McNairy
                                                                Francis J. Ortman, III
                                                                 James D. McNairy
                                                                Michael G. Cross
                                                                Enedina S. Cardenas

                                                            Attorneys for Defendant
                                                           FURMANITE AMERICA, INCORPORATED

ORDER

It is ordered that the attached proposed first amended complaint is deemed filed as of the date of this order, and that defendant's response is due twenty-one (21) days hereafter.

Dated:  September 3, 2015

_____
Troy L. Nunley
United States District Judge